**Not for Publication**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **SANDI ROPER & RED OAK FUNDS,**<br>**Plaintiffs,**<br>**v.**<br>**SITO MOBILE, LTD., et al.,**<br>**Defendants.** | **Civil Action No. 17-1106 (ES) (MAH)**<br><br>**ORDER** |

**SALAS, DISTRICT JUDGE**

Before the Court are two motions to dismiss the Amended Complaint (D.E. No. 18): one filed by SITO Mobile, Limited, and seven of the individual defendants (D.E. No. 28); and the other filed by individual defendant Kurt Streams (D.E. No. 29). The Court has considered the parties' written submissions and their oral arguments presented on January 17, 2019. For the reasons stated on the record on January 17, 2019, and in the Oral Opinion on January 30th, 2019,

IT IS on this 30th day of January 2019,

**ORDERED** that the motions to dismiss (D.E. Nos. 28 and 29) are GRANTED-IN-PART and DENIED-IN-PART; and it is further

**ORDERED** that Count I of the Amended Complaint is DISMISSED *without prejudice*; and it is further

**ORDERED** that Count II of the Amended Complaint is DISMISSED *without prejudice*; and it is further

**ORDERED** that Count III of the Amended Complaint is DISMISSED *without prejudice* with respect to the alleged August 15, 2016 and September 16, 2016 statements or omissions and

with respect to Defendants Betsy J. Bernard, Jonathan E. Sandelman, Peter D. Holden, Joseph A. Beatty, Richard O'Connell, Jr., and Brent Rosenthal; and it is further

**ORDERED** that Count IV of the Amended Complaint is DISMISSED *without prejudice* with respect to Defendants Betsy J. Bernard, Jonathan E. Sandelman, Peter D. Holden, Joseph A. Beatty, Richard O'Connell, Jr., and Brent Rosenthal; and it is further

**ORDERED** that the remainder of the motions to dismiss is DENIED.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**