Eduard Korsinsky
**LEVI & KORSINSKY, LLP**
55 Broadway, 10th Floor
New York, New York 10006
Tel: 212-363-7500
Fax: 212-363-7171
Email: ek@zlk.com

*Attorneys for Lead Plaintiffs and
Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANDI ROPER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SITO MOBILE LTD., JERRY HUG, and KURT STREAMS,<br><br>Defendants. | Case No. 2:17-cv-01106-ES-MAH<br><br>**LEAD PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Lead Plaintiffs Red Oak Fund, LP, Red Oak Long Fund LP, Red Oak Institutional Founders Long Fund, and Pinnacle Opportunities Fund, LP (collectively, "Plaintiffs"), by and through their counsel, Levi & Korsinsky, LLP, will and hereby do move this Court, under Rule 23 of the Federal Rules of Civil Procedure, for entry of an order: (i) preliminarily approving the proposed Settlement; (ii) certifying the proposed Class, certifying Plaintiffs as class representatives, and appointing Levi & Korsinsky, LLP as class counsel for

purposes of the Settlement; (iii) approving the form and manner of giving notice of the proposed Settlement to the Settlement Class Members; and (iv) scheduling a hearing to consider final approval of the Settlement, approval of the Plan of Allocation, Plaintiffs' Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses,.

Plaintiffs' motion is supported by the Stipulation of Settlement dated July 31, 2019 (filed herewith as Docket No. 84), including the exhibits attached thereto, the accompanying brief in support, and the Declarations of Adam M. Apton and Richard W. Simmons on behalf of Analytics Consulting, LLC. Also attached hereto is the parties' agreed-upon Proposed Approval Order granting Plaintiffs' motion.

Dated August 6, 2019                                  Respectfully submitted,

                                                      LEVI & KORSINSKY, LLP


                                                      /s/ Eduard Korsinsky
                                                      Eduard Korsinsky
                                                      55 Broadway, 10th Floor
                                                      New York, New York 10006
                                                      Tel: 212-363-7500
                                                      Fax: 212-363-7171
                                                      Email: ek@zlk.com

                                                              -and-

                                                      LEVI & KORSINSKY, LLP
                                                      Adam M. Apton
                                                      1101 30th Street NW, Suite 115
                                                      Washington, DC 20007
                                                      Tel: (202) 524-4290
                                                      Fax: (202) 333-2121
                                                      Email: nporritt@zlk.com
                                                      Email: aapton@zlk.com

2

*Attorneys for Lead Plaintiffs*
*and Lead Counsel for the Class*