Eduard Korsinsky
**LEVI & KORSINSKY, LLP**
55 Broadway, 10th Floor
New York, New York 10006
Tel: 212-363-7500
Fax: 212-363-7171
Email: ek@zlk.com

*Attorneys for Lead Plaintiffs and*
*Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANDI ROPER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SITO MOBILE LTD., JERRY HUG, and KURT STREAMS,<br><br>Defendants. | Case No. 2:17-cv-01106-ES-MAH<br><br>**LEAD PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF SETTLEMENT** |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Lead Plaintiffs Red Oak Fund, LP, Red Oak Long Fund LP, Red Oak Institutional Founders Long Fund, and Pinnacle Opportunities Fund, LP (collectively, "Plaintiffs"), by and through their counsel, Levi & Korsinsky, LLP, will and hereby do move this Court, under Rule 23 of the Federal Rules of Civil Procedure, for entry of an order granting final approval of the proposed settlement (the "Settlement"), including certifying the Class for settlement

purposes only and approving the proposed plan of allocation of the proceeds of the Settlement, as set forth in the Stipulation, between Plaintiffs and Defendants.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs' motion is supported by the Stipulation of Settlement dated July 31, 2019 (Dkt. No. 84), the Declaration of Adam M. Apton (Dkt. No. 85-2), the Declaration of Richard W. Simmons on behalf of Analytics Consulting (filed herewith), and the Declaration of David Sandberg on behalf of Plaintiffs (filed herewith). Plaintiffs also file herewith a proposed order.

Dated March 3, 2020							Respectfully submitted,

							LEVI & KORSINSKY, LLP

							/s/ Eduard Korsinsky
							Eduard Korsinsky
							55 Broadway, 10th Floor
							New York, New York 10006
							Tel: 212-363-7500
							Fax: 212-363-7171
							Email: ek@zlk.com

								-and-

							LEVI & KORSINSKY, LLP
							Adam M. Apton
							1101 30th Street NW, Suite 115
							Washington, DC 20007
							Tel: (202) 524-4290
							Fax: (202) 333-2121
							Email: nporritt@zlk.com
							Email: aapton@zlk.com

							*Attorneys for Lead Plaintiffs*
							*and Lead Counsel for the Class*