Eduard Korsinsky
**LEVI & KORSINSKY, LLP**
55 Broadway, 10th Floor
New York, New York 10006
Tel: 212-363-7500
Fax: 212-363-7171
Email: ek@zlk.com

*Attorneys for Lead Plaintiffs and*
*Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANDI ROPER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SITO MOBILE LTD., JERRY HUG, and KURT STREAMS,<br><br>Defendants. | Case No. 2:17-cv-01106-ES-MAH<br><br>**LEAD PLAINTIFFS' NOTICE OF MOTION FOR ATTORNEYS' FEES** |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Lead Plaintiffs Red Oak Fund, LP, Red Oak Long Fund LP, Red Oak Institutional Founders Long Fund, and Pinnacle Opportunities Fund, LP (collectively, "Plaintiffs"), by and through their counsel, Levi & Korsinsky, LLP, will and hereby do move this Court, pursuant to Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure for an order awarding attorneys' fees and reimbursement of litigation expenses.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs' motion is supported by the Stipulation of Settlement dated July 31, 2019 (Dkt. No. 84), the Declaration of Adam M. Apton (Dkt. No. 85-2), the Supplemental Declaration of Adam M. Apton (Dkt. No. 88-2), the Declaration of Richard W. Simmons on behalf of Analytics Consulting (Dkt. No. 88-3), and the Declaration of David Sandberg on behalf of Plaintiffs (Dkt. No. 88-4). Plaintiffs also file herewith a proposed order.

Dated March 3, 2020

LEVI & KORSINSKY, LLP

/s/ Eduard Korsinsky

Eduard Korsinsky
55 Broadway, 10th Floor
New York, New York 10006
Tel: 212-363-7500
Fax: 212-363-7171
Email: ek@zlk.com

-and-

LEVI & KORSINSKY, LLP
Adam M. Apton
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 333-2121
Email: nporritt@zlk.com
Email: aapton@zlk.com

*Attorneys for Lead Plaintiffs*
*and Lead Counsel for the Class*