# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANDI ROPER, Individually and on Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>    v.<br><br>SITO MOBILE LTD., JERRY HUG, and KURT STREAMS,<br><br>         Defendants. | Case No. 2:17-cv-01106-ES-MAH<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**<br><br>Date: April 21, 2020<br>Time: 10:00 a.m.<br>Room: MLK 5A<br>Judge: Hon. Esther Salas |

Having read and considered the papers filed and arguments made by counsel, and good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Court hereby awards Lead Counsel fees for the class action settlement in the amount of $330,000 to be paid pursuant to the terms of the Stipulation of Settlement.

2. Lead Counsel may reimburse itself for expenses from the award of $330,000.

DATED: April 21, 2020

_____
THE HONORABLE ESTHER SALAS
UNITED STATES DISTRICT COURT JUDGE